AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: 3:22-MJ-1041-BK | Date and time warrant executed: 11/04/2022  06:14 PM | Copy of warrant and inventory left with: Meta Platforms (Facebook) |
|---|---|---|
| Inventory made in the presence of : SA Meghan De Amaral ||| 
| Inventory of the property taken and name of any person(s) seized: 5.21 GB of data from Meta (Facebook) |||

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/21/2022

*Executing officer's signature*

Special Agent Meghan De Amaral
*Printed name and title*